UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:  2:13–cv–02085–MMM–E            DATE:  10/11/2013
Title:  MAGED MANSOUR ET AL V. RAYNOR MARKETING LTD ET AL

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:  Anel Huerta
Court Reporter:  N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None Appearing | None Appearing |

Proceedings:     **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

   On 09/19/2013, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 09/25/2013.

   The court deems that response satisfactory, and orders the Order to Show Cause discharged.

CV–90                          **CIVIL MINUTES – GENERAL**                     Initials of Deputy Clerk: ah